■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES M. FINNEGAN, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed March 4, 1977. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Margett, J. P., Damiani, Rabin and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON McLAURIN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Suffolk County, rendered June 3, 1976, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law and the facts, and indictment dismissed. The guilt of the defendant was not established beyond a reasonable doubt. We note that a police officer testified that the person with whom he had the transaction which resulted in the indictment was 5 feet tall. Defendant testified that he was 5 feet and 8 inches tall. We also note that the crime is alleged to have been committed on December 18, 1973. The defendant was not arrested on the charge until May 16, 1975. No explanation appears in the record for this lapse of time. Martuscello, J. P., Shapiro and O'Connor, JJ., concur; Latham, J., dissents and votes to affirm the judgment.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL RIVERA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered April 19, 1976, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed. While we would have preferred it if a *Wade* hearing had been held, the expertise of a police officer in identification situations has been judicially recognized (see *People v Morales,* 37 NY2d 262; *People v Rivera,* 30 AD2d 692). Upon the record in this case, we find no prejudice to defendant on the identification issue raised by him. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.